IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> FAMOUS DAVE'S OF AMERICA, INC. and PIT MASTERS, LLC, <br><br> Defendants. | CIVIL ACTION NO.: 12-344 (MAM) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 7.4(b), Plaintiff Alan Johnson, and Defendants Famous Dave's of American, Inc. and Pit Masters, LLC, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff Alan Johnson's claims, with prejudice, against all Defendants.

Each side shall bear their own costs incurred in this litigation.

Dated:  October 30, 2013

                                              Respectfully submitted,

                                              **KESSLER TOPAZ
MELTZER & CHECK, LLP**

                                              *By: /s/Matthew T. Stone*
                                              Matthew T. Stone
                                              280 King of Prussia Road
                                              Radnor, PA 19087
                                              Telephone: (610) 667-7706
                                              Facsimile: (610) 667-7056

                                              *Counsel for Plaintiff Alan Johnson*


                                              **STRADLEY RONON STEVENS
& YOUNG, LLP**

                                              By: _/s/ Lee A. Rosengard

        Lee A. Rosengard
        2005 Market Street
        Suite 2600
        Philadelphia, PA 19103
        Tel 215 564-8032

*__Counsel for Defendants Famous Dave's of America, Inc. and Pit Masters LLC__*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Matthew T. Stone
Matthew T. Stone